**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAMADA WORLDWIDE INC., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 05-3452 (JAG) |
| v. : | |
| : | **ORDER** |
| BENTON HARBOR HARI OHM, LLC, : et al., : | |
| : | |
| Defendants. : | |

**GREENAWAY, JR., U.S.D.J.**

On October 24, 2007, Magistrate Judge Madeline Cox Arleo signed a Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the Answer of the corporate defendant Benton Harbor Hari Ohm, LLC ("Benton Harbor") be stricken from the record, and that default be entered against Benton Harbor for failure to secure counsel. The time for filing objections to the R&R expired on November 8, 2007, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. FED. R. CIV. P. 72(b); In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998). This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS on this 10th day of December, 2007,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of this Court; and it is further

ORDERED that the Answer of defendant Benton Harbor be stricken from the record; and it is further

ORDERED that default be entered against Benton Harbor; and it is further

ORDERED that plaintiff Ramada Worldwide Inc. be permitted to proceed to judgment by default as to Benton Harbor; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

    S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.